UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SAMUEL CALDERON,

                Petitioner,

v.

STATE OF WASHINGTON,

                Respondent.

CASE NO. 3:20-cv-06265-BHS-JRC

REPORT AND RECOMMENDATION

NOTED FOR: March 19, 2021

The District Court has referred this petition for a writ of habeas corpus to United States Magistrate Judge J. Richard Creatura. On December 23, 2020, petitioner filed his proposed petition for writ of habeas corpus. Dkt. 1. Petitioner did not file an application to proceed *in forma pauperis* ("IFP") or pay the filing fee. Dkt. 1. The Clerk's Office in the Eastern District of Washington sent Petitioner advising him of the deficiency. Dkt. 2. The case was then transferred from the Eastern District of Washington to this Court. *See* Dkt. 3.

On January 6, 2021, the Clerk's Office sent petitioner a letter and instructed him to pay the filing fee or file an application to proceed IFP on or before February 5, 2021. Dkt. 5. The

Clerk warned petitioner that if he did not respond to the letter, the action may be subject to dismissal. *Id.*

Petitioner has not filed an IFP form, paid the filing fee, or responded to the Clerk's letter. As petitioner has failed to prosecute this case, the Court recommends that this case be dismissed without prejudice. Based on the foregoing, the Court also recommends a certificate of appealability be denied.

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the time limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on March 19, 2021 as noted in the caption.

Dated this 24th day of February, 2021.

J. Richard Creatura
United States Magistrate Judge