|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA |

| | |
|---|---|
| SAMUEL CALDERON,<br><br>               Petitioner,<br><br>   v.<br><br>STATE OF WASHINGTON,<br><br>               Respondent. | CASE NO. C20-6265 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 6. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**;

(2)     Petitioner's petition for habeas corpus, Dkt. 1, is **DISMISSED without prejudice**;

(3)     A certificate of appealability is **DENIED**; and

\

\

\

1  (4)  This case is closed.

2  Dated this 2nd day of April, 2021.

*[signature]*
BENJAMIN H. SETTLE
United States District Judge

ORDER - 2